ACCEPTED
01-14-00833-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 4:35:33 PM
CHRISTOPHER PRINI
CLERK

## IN THE COURT OF APPEALS
## FOR THE
## FIRST COURT OF APPEALS DISTRICT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/9/2015 4:35:33 PM

CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| **OLIVER JAMAULL CRUISE** | § |
| **APPELLANT** | § |
| **VS.** | § |
| | § |
| | § |
| **THE STATE OF TEXAS** | § |
| **APPELLEE** | § |

CASE NO. 01-14-0833-CR

## MOTION FOR EXTENSION OF
## TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Jerome Godinich, Jr., counsel for appellant, Oliver Cruise, makes this motion per Rule 73 and 74(n) of the Texas Rules of Appellate Procedure and moves this Court for an extension of time to file appellant's brief. In support of this motion, appellant shows:

I.

Jurisdiction of this Court is invoked under Tex. R. App.P. 73(a), as an appeal from a conviction entered by the 263rd District Court of Harris County and styled, The State of Texas v. Oliver Jamaull Cruise, in cause no. 1422952.

II.

The court's record has been filed. Counsel has not requested a previous extension of time to file appellant's brief.

III.

The Texas Rules of Appellate Procedure provide that this Court may grant a request for an extension of time to file appellant's brief, upon a showing of a reasonable explanation of the need for time. Tex. R. App. 73(n).

IV.

Counsel for appellant has been required to attend to numerous cases in and out of the courtroom which required a great deal of attention.

Counsel has recently completed appellant's brief in State of Texas v. Christopher Andrew Jackson, in cause no. 1322772. Counsel is currently in trial in State of Texas vs. Kyshun Watkins, case no. 1419908 in the 230th Harris County District Court. Mr. Watkins is charged with aggravated assault with a deadly weapon.

The requested extension of time in which to file appellant's brief is necessary to adequately represent appellant by insuring that counsel has fully researched the law and issues applicable to this appeal. This motion is not frivolous nor filed for the purpose of delay but is filed so that the interests of justice may be served and that no rights and privileges of appellant are harmed and prejudiced but are adequately protected.

**PRAYER**

Counsel for appellant prays the Court to grant permission for a sixty (60) day extension of time to file appellant's brief beyond the filing date of this motion.

Respectfully submitted,

Jerome Godinich Jr.
State Bar No. 08054700
929 Preston, Suite 200
Houston, Texas 77002
(713) 237-8388

**AFFIDAVIT**

**THE STATE OF TEXAS**

**COUNTY OF HARRIS**

     **BEFORE ME,** the undersigned Notary Public on this day personally appeared Jerome Godinich, Jr., who being by me duly sworn on his oath and deposed and said that he is duly qualified and authorized to make this affidavit; that he is a party to this case; that he has read the foregoing Motion For An Extension of Time for Filing Appellant's Brief and that the following statements contained therein are within his knowledge and are true and correct.

_____
Jerome Godinich Jr.

Sworn to and Subscribed before me on this 9th day of March, 2015.

_____
Notary Public in and for
The State of Texas

GLORIA PESINA POA
My Commission Expires
April 9, 2015

## CERTIFICATE OF SERVICE

This is to certify that on this the 9th day of March, 2015 a true and correct copy of the foregoing was forwarded to all counsel of record pursuant to Rules 72 and 21a of the Texas Rules of Procedure.

Jerome Godinich Jr.

## IN THE COURT OF APPEALS
## FOR THE
## FIRST COURT OF APPEALS DISTRICT

OLIVER JAMAULL CRUISE       §

           APPELLANT       §

VS.       §

      §          **CASE NO. 01-14-00833CR**

THE STATE OF TEXAS       §

           APPELLEE       §

### ORDER FOR GRANTING MOTION FOR AN
### EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Today the Court considered Appellant's Motion for An Extension of Time to file Appellant's Brief. After a review of the motion and finding a showing of a reasonable explanation of the need for time, the Court grants the motion.

The Clerk of the Court of Appeals for the First Supreme Judicial District is directed to issue notice to counsel to both the appellant and the State of Texas of this Court's order granting the extension of time in which to file appellant's brief.

**THUS SIGNED AND ENTERED OF RECORD,** on this the ___ day of _____, 2015.

_____
JUDGE OF THE COURT OF APPEALS FOR
THE FIRST COURT OF APPEALS